A92A1479. ROBERTS v. AMALGAMATED TRANSIT UNION et al.
(440 SE2d 266)

McMURRAY, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Amalgamated Transit Union Local 1324 v. Roberts*, 263 Ga. 405 (434 SE2d 450) (1993), our decision in *Roberts v. Amalgamated Transit Union*, 205 Ga. App. 594 (423 SE2d 16), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Cooper and Blackburn, JJ., concur.*

DECIDED NOVEMBER 10, 1993 —
RECONSIDERATION DENIED NOVEMBER 30, 1993.

*Wayne B. Kendall, H. Michael Harvey*, for appellant.

*Bouhan, Williams & Levy, Walter C. Hartridge, M. Tyus Butler, Jr., Walls & Corlew, J. Michael Walls, Harold D. Corlew*, for appellees.